UST-27, 3-03

DIANE M. MANN
P.O. Box 12970
Scottsdale, AZ 85267-2970
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:

ENSHAIE, MICHAEL
ENSHAIE, ELENA E

Debtor(s).

CHAPTER 7

CASE NO. 02-07886-PHX-CGC

TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION

I, DIANE M. MANN, Trustee of the estate of the above-named debtor(s), respectfully report and represent that:

1. All Assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, released to secured creditors, abandoned, or will be abandoned as burdensome, Form 1 - Individual Estate Property Record and Report, Form 2 - Cash Receipts and Disbursements Record and Trustee's Proposed Distribution are attached hereto.

2. In addition, the Trustee has reviewed the Statement of Affairs and all other schedules and has determined that there are no additional assets having any value to the estate.

3. A summary of receipts and disbursements as reflected in the attached Form 2 is: Receipts $178,625.70 Disbursements $152,453.38; and the balance on hand $26,172.32; Checking $0.00, Savings $26,172.32, TCD $0.00.

4. A separate Application for Compensation and Reimbursement of Expenses has been filed and that pursuant to §326(a) of the Bankruptcy Code, the maximum fee allowable to the Trustee is $12,181.29. I have received $0.00 of this total as interim compensation, and now request $4,999.99* as my final compensation and an additional $98.28 for reasonable and necessary expenses incurred.

* Trustee's compensation is voluntarily reduced to ensure payment of dividends to unsecured creditors.

I declare under penalty of perjury that the statements contained in the foregoing final account and attached report Forms and Schedules of Trustee are true according to the best of my knowledge, information and belief. I further declare that I have no agreement or understanding, expressed or implied, with anyone whomsoever as to any division of fees in the above matter.

I certify to the Court and the United States Trustee that I have faithfully and properly fulfilled the duties of the office of the trustee, that I examined all proofs of claims as appropriate under the proposed distribution, and the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.

June 27, 2003
DATE

DIANE M. MANN, Trustee

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

Date: 8/29/03

By

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 02-07886-PHX CGC Judge: CHARLES G. CASE
Case Name: ENSHAIE, MICHAEL
ENSHAIE, ELENA E
For Period Ending: 06/27/03

Trustee Name: DIANE M. MANN, TRUSTEE
Date Filed (f) or Converted (c): 05/22/02 (f)
341(a) Meeting Date: 07/02/02
Claims Bar Date: 01/02/03

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND (u) | 0.00 | 1,030.00 | | 1,030.00 | FA |
| 2. [illegible]-Petition Interest Deposits (u) | 0.00 | 0.00 | | 108.42 | FA |
| 3. [illegible]SIDENCE | 210,000.00 | 0.00 | | 0.00 | FA |
| 4. REAL ESTATE | 133,000.00 | 0.00 | | 166,537.61 | FA |
| 5. REAL ESTATE | 144,000.00 | 0.00 | | 0.00 | FA |
| 6. BANK ACCOUNT- B OF A | 300.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS & FURNISHINGS | 1,650.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. JEWELRY | 400.00 | 0.00 | | 0.00 | FA |
| 10. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 11. PENSION PLANS & PROFIT SHARING | 91,000.00 | 91,000.00 | | 0.00 | FA |
| 12. STOCKS & BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 13. STOCKS & BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 14. AUTOMOBILE- 1998 NISSAN PATHFINDER | 15,555.00 | 2,405.00 | | 0.00 | FA |
| 15. AUTOMOBILE- 1987 TOYOTA WAGON | 3,660.00 | 0.00 | | 0.00 | FA |
| 16. WAGES OWED DEBTOR AT TIME OF FILING | Unknown | 0.00 | | 0.00 | FA |
| 1[illegible]TTLEMENT PROCEEDS (u) | 0.00 | 4,500.00 | | 4,500.00 | FA |
| 18. RENTAL INCOME | 0.00 | 0.00 | | 2,400.00 | FA |
| 19. SETTLEMENT PROCEEDS (u) | 0.00 | 700.00 | | 700.00 | FA |
| 20. FEDERAL TAX REFUND- 2002 (u) | 0.00 | 0.00 | | 2,841.97 | FA |
| 21. STATE TAX REFUND- 2002 (u) | 0.00 | 507.70 | | 507.70 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $ 600,565.00 | $100,142.70 | | $178,625.70 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| Case No: | 02-07886-PHX CGC Judge: CHARLES G. CASE | Trustee Name: | DIANE M. MANN, TRUSTEE |
| Case Name: | ENSHAIE, MICHAEL | Date Filed (f) or Converted (c): | 05/22/02 (f) |
| | ENSHAIE, ELENA E | 341(a) Meeting Date: | 07/02/02 |
| | | Claims Bar Date: | 01/02/03 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF 2 RENTAL HOUSES, BUSINESS AND AUTO TRANSFERED TO RELATIVE. REAL ESTATE ON 33RD AVE WAS SOLD. SETTLED W/ DEBTORS RELATIVE TO NON-EXEMPT WAGES AND PREFERENCE PYMTS TO FAMILY. TRYING TO COLLECT ON JDGMT IN DEBTOR'S FAVOR. November 11, 2002. DEBTORS TOP PAY ESTATE $700.00 TO RESOLVE EQUITY IN VEHICLE AND 401K CONTRIBUTIONS. May 19, 2003 (DMM). DEMAND MADE FOR TAX REFUNDS. June 09, 2003 (DMM). ALL ASSETS COLLECTED AND CASE IS READY TO CLOSE. June 27, 2003 (DMM).

RE PROP# 4---RENTAL PROPERTY LOCATED AT 16209 S. 33 RD ST., PHX. THIS PROPERTY SOLD AT COURT SALE ON 10/29/02.
RE PROP# 5---4401 E. GLEN HAVEN DR., PHX. SEE ASSET # 17.
RE PROP# 10---TERM LIFE INSURANCE POLICY- NO CASH VALUE TO ESTATE.
RE PROP# 12---COMPUTER PART EXPRESS, INC. DEFUNCT BUSINESS.
RE PROP# 13---MILENNIUM, INC. DEFUNCT BUSINESS.
RE PROP# 14---SEE SETTLEMENT, ASSET # 19
RE PROP# 16---SEE ASSET # 17.
RE PROP# 17---TRUSTEE AND DEBTORS ENTERED INTO AN AGREEMENT WHEREBY THE ESTATE WILL RECEIVE $4500.00 AS SETTLEMENT REGARDING PRE-PETITION WAGES, PREFERENTAIL PAYMENTS TO SEVERAL RELATIVES AND REAL ESTATE LOCATE AT 4401 E. GLEN HAVEN DR., PHX.
RE PROP# 18---16209 S. 33RD ST., PHX. PROPERTY WAS SOLD.
RE PROP# 19---TRUSTEE AND DEBTORS ENTERED INTO A SETTLEMENT AGREEMENT WHEREBY THE ESTATE WILL RECEIVE $700.00 FOR NON-EXEMPT EQUITY IN THE 1998 NISSAN, WAGES AND CONTRIBUTIONS TO PENSION PLAN.

Initial Projected Date of Final Report (TFR): 03/15/02 Current Projected Date of Final Report (TFR): 06/27/03

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 02-07886-PHX CGC
Case Name: ENSHAIE, MICHAEL
ENSHAIE, ELENA E
Taxpayer ID No: 75-6653594
For Period Ending: 06/27/03

Trustee Name: DIANE M. MANN, TRUSTEE
Bank Name: Bank of America
Account Number: 3756014703 BofA General

Blanket Bond (per case limit): $ 50,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | T-Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/03 | | Transfer from Acct #3758116052 | Transfer In From MMA Account | 9999-000 | 22,822.65 | | 22,822.65 |
| 06/20/03 | | Transfer to Acct #3758116052 | Bank Funds Transfer | 9999-000 | | 22,822.65 | 0.00 |

Memo Allocation Receipts: 0.00
Memo Allocation Disbursements: 0.00

Memo Allocation Net: 0.00

Account 3756014703

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | 0 | Checks | | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | | 0.00 |
| | | | 1 | Transfers Out | | 22,822.65 |
| | Subtotal | $ 0.00 | | | | |
| | | | | Total | | $ 22,822.65 |
| 0 | Adjustments In | 0.00 | | | | |
| 1 | Transfers In | 22,822.65 | | | | |
| | Total | $ 22,822.65 | | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 02-07886-PHX CGC
Case Name: ENSHAIE, MICHAEL
ENSHAIE, ELENA E
Taxpayer ID No: 75-6653594
For Period Ending: 06/27/03

Trustee Name: DIANE M. MANN, TRUSTEE
Bank Name: Bank of America
Account Number: 3758116052 BofA Money Market

Blanket Bond (per case limit): $ 50,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | T-Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/02 | 1 | DEBTOR | NON-EXEMPT CASH | 1229-000 | 1,030.00 | | 1,030.00 |
| 07/31/02 | 2 | Bank of America | Interest Rate 1.200 | 1270-000 | 0.81 | | 1,030.81 |
| 8/30/02 | 2 | Bank of America | Interest Rate 1.200 | 1270-000 | 1.05 | | 1,031.86 |
| 09/17/02 | 18 | DANNY ANDERSON | RENTAL INCOME | 1122-000 | 1,200.00 | | 2,231.86 |
| 09/28/02 | 18 | DANNY ANDERSON | OCT RENTAL PYMT | 1122-000 | 1,200.00 | | 3,431.86 |
| 09/30/02 | 2 | Bank of America | Interest Rate 1.200 | 1270-000 | 1.50 | | 3,433.36 |
| 10/01/02 | 000101 | HOMESIDE LENDING<br>PO BOX 7198<br>PASADENA, CA 91109-7198 | MORTGAGE PYMT<br>HOUSE TO BE SOLD | 4110-000 | | 1,061.09 | 2,372.27 |
| 10/31/02 | 2 | Bank of America | Interest Rate 1.200 | 1270-000 | 2.73 | | 2,375.00 |
| 11/05/02 | 17 | DEBTORS | SETTLEMENT/COMPROMISE OF CLAIM | 1249-000 | 4,500.00 | | 6,875.00 |
| 11/15/02 | | CAPITAL TITLE AGENCY | SALE PROCEEDS- REAL PROPERTY | | 20,635.25 | | 27,510.25 |
| | 4 | | Memo Amount: 166,537.61<br>SALE PROCEEDS- REAL PROPERTY | 1110-000 | | | |
| | 4 | LENDING, HOMESIDE | Memo Amount: ( 133,118.20 )<br>FIRST MORTGAGE PAYOFF | 4110-000 | | | |
| | 4 | REMAX ANASAZI REALTY, INC. | Memo Amount: ( 4,995.00 )<br>REAL ESTATE AGENT FEES | 3510-000 | | | |
| | 4 | WEST USA REALTY, INC. | Memo Amount: ( 4,995.00 )<br>REAL ESTATE BROKER COMMISSION | 3510-000 | | | |
| | 4 | TREASURER, MARICOPA COUNTY | Memo Amount: ( 524.64 )<br>REAL ESTATE PROPERTY TAXES | 4700-000 | | | |
| | 4 | CAPITAL TITLE AGENCY, INC. | Memo Amount: ( 1,012.00 )<br>TITLE AGENCY CHARGES | 2500-000 | | | |
| | 4 | BIO-CHEMICAL SERVICES | Memo Amount: ( 631.07 )<br>OTHER CLOSING COSTSTERMITE TREATMEN | 2500-000 | | | |
| | 4 | | Memo Amount: ( 626.45 )<br>OTHER CLOSING COSTS | 2500-000 | | | |
| 11/29/02 | 2 | Bank of America | Interest Rate 0.850 | 1270-000 | 8.74 | | 27,518.99 |
| 12/31/02 | 2 | Bank of America | Interest Rate 0.850 | 1270-000 | 19.87 | | 27,538.86 |
| 01/31/03 | 2 | Bank of America | Interest Rate 0.850 | 1270-000 | 19.88 | | 27,558.74 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 02-07886-PHX CGC
Case Name: ENSHAIE, MICHAEL
ENSHAIE, ELENA E
Taxpayer ID No: 75-6653594
For Period Ending: 06/27/03

Trustee Name: DIANE M. MANN, TRUSTEE
Bank Name: Bank of America
Account Number: 3758116052 BofA Money Market

Blanket Bond (per case limit): $ 50,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | T-Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
| 02/28/03 | 2 | Bank of America | Interest Rate 0.850 | 1270-000 | 17.97 | | 27,576.71 |
| 03/31/03 | 2 | Bank of America | Interest Rate 0.500 | 1270-000 | 12.50 | | 27,589.21 |
| 04/30/03 | 2 | Bank of America | Interest Rate 0.500 | 1270-000 | 11.34 | | 27,600.55 |
| 05/08/03 | 000102 | ALLEN & SALA<br>1850 N. CENTRAL AVE., STE 1150<br>PHOENIX, AZ 85004 | ATTORNEY FEES | 3210-000 | | 5,226.00 | 22,374.55 |
| 05/08/03 | 000103 | ALLEN & SALA<br>1850 N. CENTRAL AVE., STE 1150<br>PHOENIX, AZ 85004 | ATTORNEY EXPENSES | 3220-000 | | 263.93 | 22,110.62 |
| 05/30/03 | 2 | Bank of America | Interest Rate 0.500 | 1270-000 | 10.51 | | 22,121.13 |
| 06/03/03 | 19 | debtors | SETTLEMENT/COMPROMISE OF CLAIM | 1249-000 | 700.00 | | 22,821.13 |
| 06/06/03 | 2 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 1.52 | | 22,822.65 |
| 06/06/03 | | Transfer to Acct #3756014703 | Final Posting Transfer | 9999-000 | | 22,822.65 | 0.00 |
| 06/20/03 | | DEBTOR | FEDERAL INCOME TAX REFUND | | 3,349.67 | | 3,349.67 |
| | 20 | | Memo Amount: 2,841.97<br>FEDERAL INCOME TAX REFUND | 1224-000 | | | |
| | 21 | | Memo Amount: 507.70<br>STATE INCOME TAX REFUND | 1224-000 | | | |
| 06/20/03 | | Transfer from Acct #3756014703 | Bank Funds Transfer | 9999-000 | 22,822.65 | | 26,172.32 |

Memo Allocation Receipts: 169,887.28
Memo Allocation Disbursements: 145,902.36

Memo Allocation Net: 23,984.92

Account 3758116052

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 7 | Deposits | 32,614.92 | 3 | Checks | 6,551.02 |
| 12 | Interest Postings | 108.42 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 22,822.65 |
| | Subtotal | $ 32,723.34 | | | |
| | | | | Total | $ 29,373.67 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 22,822.65 | | | |
| | Total | $ 55,545.99 | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 02-07886-PHX CGC
Case Name: ENSHAIE, MICHAEL
ENSHAIE, ELENA E
Taxpayer ID No: 75-6653594
For Period Ending: 06/27/03

Trustee Name: DIANE M. MANN, TRUSTEE
Bank Name: Bank of America
Account Number: 3758116025 DDA - General Account

Blanket Bond (per case limit): $ 50,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | T-Code | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

Memo Allocation Receipts: 0.00
Memo Allocation Disbursements: 0.00
Memo Allocation Net: 0.00

Account 3758116025

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | 0 | Checks | | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | | 0.00 |
| | | | 0 | Transfers Out | | 0.00 |
| | Subtotal | $ 0.00 | | | | |
| | | | | Total | $ | 0.00 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 0.00 | | | | |

Total Allocation Receipts: 169,887.28
Total Allocation Disbursements: 145,902.36
Total Memo Allocation Net: 23,984.92

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 7 | Deposits | 32,614.92 | 3 | Checks | | 6,551.02 |
| 12 | Interest Postings | 108.42 | 0 | Adjustments Out | | 0.00 |
| | | | 2 | Transfers Out | | 45,645.30 |
| | Subtotal | $ 32,723.34 | | | | |
| | | | | Total | $ | 52,196.32 |
| 0 | Adjustments In | 0.00 | | | | |
| 2 | Transfers In | 45,645.30 | | | | |
| | Total | $ 78,368.64 | | Net Total Balance | $ | 26,172.32 |

ENSHAIE, MICHAEL
ENSHAIE, ELENA E.

Case No. 02-07886-PHX-CGC

TRUSTEE'S PROPOSED DISTRIBUTION

ADMINISTRATIVE EXPENSES:

| APPLICANT | FEES | EXPENSES | TOTAL ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| DIANE M. MANN | $12,181.29* | $98.28 | $12,279.57 | $5,098.27 |
| ALLEN & SALA | $613.50 | $128.92 | $742.42 | $742.42 |
| **Subtotals For Administrative Expenses** | | | | **$5,840.69** |

* Trustee's compensation was voluntarily reduced to ensure payment of dividends to creditors.

CLAIMS:

| TYPE OF CLAIM | CLAIM NO. | CLAIM NAME | AMOUNT OF CLAIM ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| Unsecured | 001 | SEARS ROEBUCK AND CO. | $801.88 | $332.07 |
| Unsecured | 002 | TRI CITY AUTOMOTIVE | $1,797.02 | $744.18 |
| Unsecured | 003 | ARIZONA RUBBER | $763.45 | $316.16 |
| Unsecured | 004 | MBNA AMERICA BANK N.A. | $10,210.00 | $4,228.16 |
| Unsecured | 005 | FLEET CREDIT CARD SERVICES | $4,969.71 | $2,058.05 |
| Unsecured | 006 | KPTY/EDGE 1039/KBR | $4,086.13 | $1,692.15 |
| Unsecured | 007 | JSM ACCOUNTING | $1,875.00 | $776.47 |
| Unsecured | 008 | AM. EXP. CENTURION BANK | $2,199.37 | $910.80 |
| Unsecured | 009 | MUHAMMED M ENSHAIE | $22,393.48 | $9,273.59 |
| **Subtotals for Class Unsecured** | | | | **$20,331.63** |
| **Total** | | | | **$26,172.32** |

ONLY those claims which may receive a dividend have been listed. The proposed distribution is dependent on the Court's ruling on the allowance of administrative expenses, additional Court costs, remaining contests of claims, additional interest and objections to this proposed distribution.

DATED: June 27, 2003

Dule mann
DIANE M. MANN, Trustee

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

Date: 8/29/03

By Marie Harlan